# EXHIBIT 2

## Exhibit 2

## Claim Chart for the Infringement of Independent Claims 1, 65, 85, and 89 of Complainant Vicor Corporation's United States Patent No. 12,395,087 by Luxshare LX6310 / MetaPWR MT6310 Power Module ("LX6310") and Circuit Board Assemblies and Computing Systems Containing the Same[1]

| # | Limitation | Infringement Evidence |
|---|---|---|
| **Claim 1** | | |
| 1.pre | An apparatus, comprising: | The LX6310 practices the preamble as it is "[a]n apparatus." |

---

[1] The following analysis of LX6310 is applicable to all other equivalent Luxshare and MetaPWR power modules as well as to circuit board assemblies and computing systems containing the same.

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | METAPWR **MT6310**<br><br>**MT6310 High Efficiency, Non-Isolated, Fixed 4:1 Ratio, 1500W, Digital DC/DC Power Module**<br><br>**Features**<br>• 38V to 60V Input Voltage Range<br>• 9.5V to 15V Output Voltage Range<br>• Up to 1500W Continuous Output Power<br>• Up to 4000W Transient Output Power<br>• Up to 98.4% Peak Efficiency<br>• Parallel Operation for Multi-kW Arrays<br>• Configuration and Monitoring via PMBus<br>• Auto-Recovery Mode for UVP, OTP, OCP<br>• 23mm x 17.4mm x 7.7mm Open Frame<br>• Reflow Soldering (MSL rating of 3)<br>• UL62368-1, 2nd Pending<br><br>**Application**<br>• Artificial Intelligence System<br>• Data Center<br>• Computing Systems<br><br>**General Description**<br>    The MT6310 is a high-efficiency, non-isolated power module with a fixed 4:1 transformer turn ratio.<br>    The module operates from a 38V to 60V DC primary bus to a 9.5V to 15V output voltage. It can deliver up to 1500W continuous and 4000W in transient.<br>    The built-in digital controller can store and restore module configurations. The fault status, input voltage, output voltage, output current, and temperature can be monitored via the PMBus interface.<br>    The MT6310 is available in a LGA (23mm x 17.4mm x 7.7mm) package.<br><br>Ex. 3 at 1. |
| 1.a | a bus converter circuit having | The LX6310 comprises "a bus converter circuit." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | **MT6310 High Efficiency, Non-Isolated, Fixed 4:1 Ratio, 1500W, Digital DC/DC Power Module** <br><br> **Features** <br> • 38V to 60V Input Voltage Range <br> • 9.5V to 15V Output Voltage Range <br> • Up to 1500W Continuous Output Power <br> • Up to 4000W Transient Output Power <br> • Up to 98.4% Peak Efficiency <br> • Parallel Operation for Multi-kW Arrays <br> • Configuration and Monitoring via PMBus <br> • Auto-Recovery Mode for UVP, OTP, OCP <br> • 23mm x 17.4mm x 7.7mm Open Frame <br> • Reflow Soldering (MSL rating of 3) <br> • UL62368-1, 2nd Pending <br><br> **Application** <br> • Artificial Intelligence System <br> • Data Center <br> • Computing Systems <br><br> **General Description** <br> The MT6310 is a high-efficiency, non-isolated power module with a fixed 4:1 transformer turn ratio. <br> The module operates from a 38V to 60V DC primary bus to a 9.5V to 15V output voltage. It can deliver up to 1500W continuous and 4000W in transient. <br> The built-in digital controller can store and restore module configurations. The fault status, input voltage, output voltage, output current, and temperature can be monitored via the PMBus interface. <br> The MT6310 is available in a LGA (23mm x 17.4mm x 7.7mm) package. <br><br> *Id.* at 1. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | |  *Id.* at 30. *Id.* at 28. |
| 1.b | a first terminal, | The LX6310 comprises "a first terminal [red]." |

| # | Limitation | Infringement Evidence |
|---|---|---|
|   |   | <br><br>*Id.* at 30. |

| # | Limitation | Infringement Evidence |
|---|---|---|
|  |  |  *Id.* at 27. |
| 1.c | a second terminal, and | The LX6310 comprises "a second terminal [green]." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br><br>*Id.* at 30. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br>*Id.* at 27. |
| 1.d | a common terminal and | The LX6310 comprises "a common terminal [blue]." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br><br>*Id.* at 30. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br>*Id.* at 27. |
| 1.e | being configured to convert power in a direction, the direction being one of the following: | The LX6310 comprises a bus converter that is "configured to convert power in a direction."<br><br>*Id.* at 28. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| 1.e(a)-(b) | (a) a first direction in which the first terminal and common terminal form an input for receiving input power at a first voltage, V1, and the second terminal and the common terminal form an output for delivering output power at a second voltage, V2, or<br><br>(b) a second direction in which the second terminal and the common terminal form an input for receiving input power at the second voltage, V2, and the first terminal and the common terminal form an output for delivering output power at the first voltage, V1; | The LX6310 comprises a bus converter that is "configured to convert power in . . . a first direction in which the first terminal and common terminal form an input for receiving input power at a first voltage, V1 [red arrow], and the second terminal and the common terminal form an output for delivering output power at a second voltage, V2 [green arrow]"<br><br>Vin to Vout Ratio<br><br><table><tr><th>Vin(V)</th><th>Iin (A)</th><th>Vout (V)</th><th>Iout (A)</th><th>Eff (%)</th><th>K Factor</th><th>Power Diss (W)</th></tr><tr><td>39.99</td><td>10.11</td><td>9.85</td><td>40.09</td><td>97.71</td><td>4.06</td><td>9.26</td></tr><tr><td>44.99</td><td>10.10</td><td>11.10</td><td>40.09</td><td>97.90</td><td>4.05</td><td>9.55</td></tr><tr><td>49.99</td><td>10.11</td><td>12.36</td><td>40.09</td><td>98.06</td><td>4.04</td><td>9.78</td></tr><tr><td>54.99</td><td>10.11</td><td>13.61</td><td>40.08</td><td>98.14</td><td>4.04</td><td>10.37</td></tr><tr><td>59.99</td><td>10.12</td><td>14.84</td><td>40.08</td><td>98.00</td><td>4.04</td><td>12.12</td></tr></table><br><br>*Id.* at 28.<br><br> |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | *Id.* at 30.<br><br><br><br>*Id.* at 27.<br><br>Although Claim 1 does not require the bus converter to be able to be configured to convert power in both a first and a second directions, LX6310 can be so configured. |
| 1.f | wherein the input and output are galvanically connected; | The "input [red] and output [green] are galvanically [red] connected" in the LX6310. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | |  *Id.* at 30. |
| 1.g | wherein over a range of input voltages the bus converter circuit uses an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), to convert power in the direction, such that output power delivered in the first direction is at the second voltage, V2=K×V1, and output power delivered in the second direction is at the first voltage, V1=V2/K; | The LX6310 comprises a bus converter "wherein over a range of input voltages the bus converter circuit uses an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), to convert power in the direction, such that output power delivered in the first direction is at the second voltage, V2=K×V1, and output power delivered in the second direction is at the first voltage, V1=V2/K."<br><br>Vin to Vout Ratio<br><br>| Vin(V) | Iin (A) | Vout (V) | Iout (A) | Eff (%) | K Factor | Power Diss (W) |<br>|---|---|---|---|---|---|---|<br>| 39.99 | 10.11 | 9.85 | 40.09 | 97.71 | 4.06 | 9.26 |<br>| 44.99 | 10.10 | 11.10 | 40.09 | 97.90 | 4.05 | 9.55 |<br>| 49.99 | 10.11 | 12.36 | 40.09 | 98.06 | 4.04 | 9.78 |<br>| 54.99 | 10.11 | 13.61 | 40.08 | 98.14 | 4.04 | 10.37 |<br>| 59.99 | 10.12 | 14.84 | 40.08 | 98.00 | 4.04 | 12.12 |<br><br>*Id.* at 28. |

13

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | |
| 1.h | wherein the first voltage, V1, is greater than the second voltage, V2; | The LX6310 comprises a bus converter "wherein the first voltage, V1, is greater than the second voltage, V2."<br><br>| Vin(V) | Iin (A) | Vout (V) | Iout (A) | Eff (%) | K Factor | Power Diss (W) |<br>|---|---|---|---|---|---|---|<br>| 39.99 | 10.11 | 9.85 | 40.09 | 97.71 | 4.06 | 9.26 |<br>| 44.99 | 10.10 | 11.10 | 40.09 | 97.90 | 4.05 | 9.55 |<br>| 49.99 | 10.11 | 12.36 | 40.09 | 98.06 | 4.04 | 9.78 |<br>| 54.99 | 10.11 | 13.61 | 40.08 | 98.14 | 4.04 | 10.37 |<br>| 59.99 | 10.12 | 14.84 | 40.08 | 98.00 | 4.04 | 12.12 |<br><br>*Id.* at 28. |
| 1.i | wherein the bus converter circuit includes (i) a transformer having a first winding and a second winding, (ii) a plurality of switches, and (iii) a controller configured to operate the plurality of switches in a series of converter operating cycles; | The LX6310 comprises a "bus converter circuit include[ing] (i) a transformer having a first winding [yellow] and a second winding [purple], (ii) a plurality of switches [orange], and (iii) a controller [blue] configured to operate the plurality of switches in a series of converter operating cycles" |

14

| # | Limitation | Infringement Evidence |
|---|---|---|
| | |  *Id.* at 30. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br><br>*Id.* at 30. |
| 1.j | wherein each converter operating cycle includes a first and a second power transfer interval, the first and second power transfer intervals having essentially equal durations, and | The LX6310 comprises a bus converter "wherein each converter operating cycle includes a first [red] and a second [blue] power transfer interval, the first and second power transfer intervals having essentially equal durations." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | |  *Id.* at 29. |
| 1.k | wherein during the first power transfer interval a first set of the plurality of switches is ON and | The LX6310 comprises a bus converter "wherein during the first power transfer interval a first set of the plurality of switches [red] is ON and power is converted in the direction, and during the second |

| # | Limitation | Infringement Evidence |
|---|---|---|
|  | power is converted in the direction, and during the second power transfer interval a second set of the plurality of switches is ON and power is converted in the direction; | power transfer interval a second set of the plurality of switches [blue] is ON and power is converted in the direction."  *Id.* at 30. |
| 1.1 | wherein the bus converter circuit is configured during the first power transfer interval (a) to form a first series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the first set, and at | The LX6310 comprises a bus converter "wherein the bus converter circuit is configured during the first power transfer interval (a) to form a first series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first [red] or second [green] terminals, at least one of the first [yellow] or second [purple] windings of the transformer, at least one of the plurality of switches in the first set [dark red], and at least one capacitor [light green] and (b) to conduct current in the direction between the first terminal and the second terminal" |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | least one capacitor, and (b) to conduct current in the direction between the first terminal and the second terminal | <br><br>*Id.* at 30. |
| 1.m | wherein the bus converter circuit is configured during the second power transfer interval (a) to form a second series circuit in which at least the following elements are all connected in | The LX6310 comprises a bus converter "wherein the bus converter circuit is configured during the second power transfer interval (a) to form a second series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first [red] or second [green] terminals, at least one of the first [yellow] or second windings of the transformer, at least one |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the second set, and at least one capacitor, and (b) to conduct current in the direction between the first terminal and the second terminal | of the plurality of switches in the second set [blue], and at least one capacitor [light green] (b) to conduct current in the direction between the first terminal and the second terminal"<br><br><br><br>*Id.* at 30. |
| 1.n | wherein the bus converter circuit is configured to, before the first power transfer interval, reduce a | The LX6310 comprises a bus converter "wherein the bus converter circuit is configured to, before the first power transfer interval, reduce a voltage across a first ZVS switch prior to turning the first ZVS |

20

| # | Limitation | Infringement Evidence |
|---|---|---|
| | voltage across a first ZVS switch prior to turning the first ZVS switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set; and | switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set"<br><br><br><br>*Id.* at 29. |
| 1.o | wherein the bus converter circuit is configured to, before the | The LX6310 comprises a bus converter "wherein the bus converter circuit is configured to, before the second power transfer interval, reduce a voltage across a second ZVS switch prior to turning the |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | second power transfer interval, reduce a voltage across a second ZVS switch prior to turning the second ZVS switch ON, such that the voltage across the second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at least one of the plurality of switches in the second set. | second ZVS switch ON, such that the voltage across the second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at least one of the plurality of switches in the second set"  *Id.* at 29. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| **Claim 68** | | |
| 68.pre | A method, comprising: | The LX6310 practices "a method." *See* 1.pre |
| 68.a | providing a bus converter circuit having | The LX6310's method comprises "providing a bus converter circuit." *See* 1.a |
| 68.b | a first terminal, | The LX6310's method comprises "providing a bus converter circuit having . . . a first terminal." *See* 1.b |
| 68.c | a second terminal, and | The LX6310's method comprises "providing a bus converter circuit having . . . a second terminal." *See* 1.c |
| 68.d | a common terminal and | The LX6310's method comprises "providing a bus converter circuit having . . . a common terminal." *See* 1.d |
| 68.e | being configured to convert power in a direction, the direction being one of the following: | The LX6310's method comprises "being configured to convert power in a direction." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | *See* 1.e |
| 68.e(a)-(b) | (a) a first direction in which the first terminal and common terminal form an input for receiving input power at a first voltage, V1, and the second terminal and the common terminal form an output for delivering output power at a second voltage, V2, or<br><br>(b) a second direction in which the second terminal and the common terminal form an input for receiving input power at the second voltage, V2, and the first terminal and the common terminal form an output for delivering output power at the first voltage, V1; | The LX6310's method comprises "being configured to convert power in (a) a first direction in which the first terminal and common terminal form an input for receiving input power at a first voltage, V1, and the second terminal and the common terminal form an output for delivering output power at a second voltage, V2."<br><br>*See* 1.e(a)-(b) |
| 68.f | galvanically connecting the input and the output; | The LX6310's method comprises "galvanically connecting the input and the output."<br><br>*See* 1.f |
| 68.g | wherein over a range of input voltages the bus converter circuit a uses an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), | The LX6310's method comprises the step "wherein over a range of input voltages the bus converter circuit a uses an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), to convert power in the direction, such that output power delivered in the first direction is at the second voltage, V2=K×V1, and output power delivered in the second direction is at the first voltage, V1=V2/K." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | to convert power in the direction, such that output power delivered in the first direction is at the second voltage, V2=K×V1, and output power delivered in the second direction is at the first voltage, V1=V2/K; | *See* 1.g |
| 68.h | wherein the first voltage, V1, is greater than the second voltage, V2; | The LX6310's method comprises the step "wherein the first voltage, V1, is greater than the second voltage, V2."  *See* 1.h |
| 68.i | wherein the bus converter circuit includes (i) a transformer having a first winding and a second winding, (ii) a plurality of switches, and (iii) a controller; operating, by the controller, the plurality of switches in a series of converter operating cycles | The LX6310's method comprises the step "wherein the bus converter circuit includes (i) a transformer having a first winding and a second winding, (ii) a plurality of switches, and (iii) a controller; operating, by the controller, the plurality of switches in a series of converter operating cycles."  *See* 1.i |
| 68.j | including a first and a second power transfer interval, the first and second power transfer intervals having essentially equal durations, and | The LX6310's method comprises "including a first and a second power transfer interval, the first and second power transfer intervals having essentially equal durations."  *See* 1.j |
| 68.k | wherein during the first power transfer interval a first set of the plurality of switches is ON and power is converted in the | The LX6310's method comprises the step "wherein during the first power transfer interval a first set of the plurality of switches is ON and power is converted in the direction, and during the second |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | direction, and during the second power transfer interval a second set of the plurality of switches is ON and power is converted in the direction; | power transfer interval a second set of the plurality of switches is ON and power is converted in the direction." *See* 1.k |
| 68.l | forming, by the bus converter circuit, during the first power transfer interval a first series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the first set, and at least one capacitor, and conducting, by the bus converter circuit, current in the direction between the first terminal and the second terminal; | The LX6310's method comprises "forming, by the bus converter circuit, during the first power transfer interval a first series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the first set, and at least one capacitor, and conducting, by the bus converter circuit, current in the direction between the first terminal and the second terminal." *See* 1.l |
| 68.m | forming, by the bus converter circuit, during the second power transfer interval a second series circuit in which at least the following elements are all connected in series without regard to order: at least one of the | The LX6310's method comprises "forming, by the bus converter circuit, during the second power transfer interval a second series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first and second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the second set, and at least one capacitor, and conducting, by the bus converter circuit, current in the direction between the first terminal and the second terminal." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | first and second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the second set, and at least one capacitor, and conducting, by the bus converter circuit, current in the direction between the first terminal and the second terminal; | *See* 1.m |
| 68.n | before the first power transfer interval, reducing, by the bus converter circuit, a voltage across a first ZVS switch prior to turning the first ZVS switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set; and | The LX6310's method comprises "before the first power transfer interval, reducing, by the bus converter circuit, a voltage across a first ZVS switch prior to turning the first ZVS switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set." *See* 1.n |
| 68.o | reducing, by the bus converter circuit, a voltage across a second ZVS switch prior to turning the second ZVS switch ON, such that the voltage across the second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at | The LX6310's method comprises "reducing, by the bus converter circuit, a voltage across a second ZVS switch prior to turning the second ZVS switch ON, such that the voltage across the second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at least one of the plurality of switches in the second set." *See* 1.o |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | least one of the plurality of switches in the second set. | |

| # | Limitation | Infringement Evidence |
|---|---|---|
| **Claim 85** | | |
| 85.pre | A method of powering a computer processor, the method comprising: | The LX6310 system practices "a method of powering a computer processor"<br><br>*See* 1.pre |
| 85.a | using an input bus to distribute input power at a first voltage, V1; | The LX6310 system's method comprises "using an input bus [blue] to distribute input power at a first voltage, V1 [red]." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br><br>*Id.* at 27. |
| 85.b | using one or more non-isolated bus converters to convert power received from the input bus for delivery to an output at a second voltage, V2; | The LX6310 system's method comprises "using one or more non-isolated bus converters [green] to convert power received from the input bus [blue] for delivery to an output at a second voltage, V2 [purple]." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br><br>*Id.* at 27. |
| 85.c | using one or more output power busses to distribute power from the one or more bus converters at the second voltage, V2, to one or more loads; | The LX6310 system's method comprises "using one or more output power busses to distribute power from the one or more bus converters [green] at the second voltage, V2, to one or more loads [light blue]." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | |  *Id.* at 32. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br>*Id.* at 33. |
| 85.d | using a plurality of regulators to regulate power received from the output power busses for delivery via a regulator output to the one or more loads; and | The LX6310 system's method comprises "using a plurality of regulators [dark green] to regulate power received from the output power busses for delivery via a regulator output to the one or more loads [light blue]; and wherein one or more of the loads comprise a computer processor." |

| # | Limitation | Infringement Evidence |
|---|------------|----------------------|
| | wherein one or more of the loads comprise a computer processor; |  *Id.* at 32. |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | <br><br>*Id.* at 33. |
| 85.e | wherein the one or more non-isolated bus converters have a first terminal | The LX6310 system's method comprises the step "wherein the one or more non-isolated bus converters have a first terminal."<br><br>*See* 1.b |

| # | Limitation | Infringement Evidence |
|---|---|---|
| 85.f | a second terminal, and | The LX6310 system's method comprises the step "wherein the one or more non-isolated bus converters have . . . a second terminal."<br><br>*See* 1.c |
| 85.g | a common terminal, and | The LX6310 system's method comprises "wherein the one or more non-isolated bus converters have . . . a common terminal."<br><br>*See* 1.d |
| 85.h | the first terminal and common terminal form an input connected to receive power from the input bus at the first voltage, V1, and the second terminal and the common terminal form an output for delivering output power at the second voltage, V2, to the one or more power busses; | The LX6310 system's method comprises "the first terminal and common terminal form[ing] an input connected to receive power from the input bus at the first voltage, V1, and the second terminal and the common terminal form[ing] an output for delivering output power at the second voltage, V2, to the one or more power busses."<br><br>*See* 1.e(a)-(b) |
| 85.i | wherein the input is galvanically connected to the output; | The LX6310 system's method comprises the step "wherein the input is galvanically connected to the output."<br><br>*See* 1.f |
| 85.j | using an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), to convert power in the one or more bus converters from the input for delivery to the output at | The LX6310 system's method comprises "using an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), to convert power in the one or more bus converters from the input for delivery to the output at the second voltage, V2=K×V1, over a range of input voltages."<br><br>*See* 1.g |

| # | Limitation | Infringement Evidence |
|---|---|---|
|  | the second voltage, V2=K×V1, over a range of input voltages; |  |
| 85.k | wherein the first voltage, V1, is greater than the second voltage, V2; | The LX6310 system's method comprises the step "wherein the first voltage, V1, is greater than the second voltage, V2." <br><br> *See* 1.h |
| 85.l | wherein the one or more non-isolated bus converters include (i) a transformer having a first winding and a second winding, (ii) a plurality of switches, and (iii) a controller; using the controller to operate the plurality of switches in a series of converter operating cycles including | The LX6310 system's method comprises the step "wherein the one or more non-isolated bus converters include (i) a transformer having a first winding and a second winding, (ii) a plurality of switches, and (iii) a controller; using the controller to operate the plurality of switches in a series of converter operating cycles." <br><br> *See* 1.i |
| 85.m | a first and a second power transfer interval, the first and second power transfer intervals having essentially equal durations, and | The LX6310 system's method comprises "a first and a second power transfer interval, the first and second power transfer intervals having essentially equal durations." <br><br> *See* 1.j |
| 85.n | wherein during the first power transfer interval a first set of the plurality of switches is ON and power is converted from the input to the output, and during the second power transfer interval a second set of the plurality of | The LX6310 system's method comprises the step "wherein during the first power transfer interval a first set of the plurality of switches is ON and power is converted from the input to the output, and during the second power transfer interval a second set of the plurality of switches is ON and power is converted from the input to the output." <br><br> *See* 1.k |

| # | Limitation | Infringement Evidence |
|---|------------|----------------------|
| | switches is ON and power is converted from the input to the output; | |
| 85.o | wherein the one or more non-isolated bus converters are configured, during the first power transfer interval to (a) form a first series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the first set, and at least one capacitor, and | The LX6310 system's method comprises the step "wherein the one or more non-isolated bus converters are configured, during the first power transfer interval to (a) form a first series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the first set, and at least one capacitor."<br><br>*See* 1.l |
| 85.p | (b) convert current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K; | The LX6310 system's method comprises "convert[ing] current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K"<br><br>Vin to Vout Ratio<br><table><tr><td>Vin(V)</td><td>Iin (A)</td><td>Vout (V)</td><td>Iout (A)</td><td>Eff (%)</td><td>K Factor</td><td>Power Diss (W)</td></tr><tr><td>39.99</td><td>10.11</td><td>9.85</td><td>40.09</td><td>97.71</td><td>4.06</td><td>9.26</td></tr><tr><td>44.99</td><td>10.10</td><td>11.10</td><td>40.09</td><td>97.90</td><td>4.05</td><td>9.55</td></tr><tr><td>49.99</td><td>10.11</td><td>12.36</td><td>40.09</td><td>98.06</td><td>4.04</td><td>9.78</td></tr><tr><td>54.99</td><td>10.11</td><td>13.61</td><td>40.08</td><td>98.14</td><td>4.04</td><td>10.37</td></tr><tr><td>59.99</td><td>10.12</td><td>14.84</td><td>40.08</td><td>98.00</td><td>4.04</td><td>12.12</td></tr></table> |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | *Id.* at 28.<br><br>*See also* 1.1 |
| 85.q | wherein the one or more non-isolated bus converters are configured during the second power transfer interval to (a) form a second series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first and second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the second set, and at least one capacitor, and | The LX6310 system's method comprises the step "wherein the one or more non-isolated bus converters are configured during the second power transfer interval to (a) form a second series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first and second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the second set, and at least one capacitor."<br><br>*See* 1.m |
| 85.r | (b) convert current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K; | The LX6310 system's method comprises "convert[ing] current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K." |

| # | Limitation | Infringement Evidence |
|---|------------|----------------------|
|   |            | <table><tr><td colspan="7">Vin to Vout Ratio</td></tr><tr><td>Vin(V)</td><td>Iin (A)</td><td>Vout (V)</td><td>Iout (A)</td><td>Eff (%)</td><td>K Factor</td><td>Power Diss (W)</td></tr><tr><td>39.99</td><td>10.11</td><td>9.85</td><td>40.09</td><td>97.71</td><td>4.06</td><td>9.26</td></tr><tr><td>44.99</td><td>10.10</td><td>11.10</td><td>40.09</td><td>97.90</td><td>4.05</td><td>9.55</td></tr><tr><td>49.99</td><td>10.11</td><td>12.36</td><td>40.09</td><td>98.06</td><td>4.04</td><td>9.78</td></tr><tr><td>54.99</td><td>10.11</td><td>13.61</td><td>40.08</td><td>98.14</td><td>4.04</td><td>10.37</td></tr><tr><td>59.99</td><td>10.12</td><td>14.84</td><td>40.08</td><td>98.00</td><td>4.04</td><td>12.12</td></tr></table><br><br>*Id.* at 28.<br><br>*See also* 1.m |
| 85.s | wherein the one or more non-isolated bus converters are configured before the first power transfer interval, to reduce a voltage across a first ZVS switch prior to turning the first ZVS switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set; and | The LX6310 system's method comprises the step "wherein the one or more non-isolated bus converters are configured before the first power transfer interval, to reduce a voltage across a first ZVS switch prior to turning the first ZVS switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set."<br><br>*See* 1.n |
| 85.t | wherein the one or more non-isolated bus converters are configured before the second power transfer interval, to reduce a voltage across a second ZVS | The LX6310 system's method comprises the step "wherein the one or more non-isolated bus converters are configured before the second power transfer interval, to reduce a voltage across a second ZVS switch prior to turning the second ZVS switch ON, such that the voltage across the |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | switch prior to turning the second ZVS switch ON, such that the voltage across the second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at least one of the plurality of switches in the second set. | second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at least one of the plurality of switches in the second set." *See* 1.o |

| # | Limitation | Infringement Evidence |
|---|---|---|
| **Claim 89** | | |
| 89.pre | A computer apparatus comprising: | The LX6310 system is a "computer apparatus." *See* 1.pre |
| 89.a | a power distribution system including an input bus for receiving power at a relatively high safe voltage, preferably approximately 48 Volts; | The LX6310 system comprises "a power distribution system including an input bus for receiving power at a relatively high safe voltage, preferably approximately 48 Volts." |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | |  *Id.* at 32. |
| 89.b | one or more bus converter circuits connected to receive power from the input bus; | The LX6310 system comprises "one or more bus converter circuits connected to receive power from the input bus." *See* 85.b |
| 89.c | one or more power busses connected to receive power from | The LX6310 system comprises "one or more power busses connected to receive power from the one or more bus converter circuits." |

| # | Limitation | Infringement Evidence |
|---|---|---|
|  | the one or more bus converter circuits; | *See* 85.c |
| 89.d | a plurality of regulators, each having an input connected to receive power from the one or more power busses and an output for delivering a regulated output; and one or more semiconductor processors connected to receive power from one or more of the regulators; | The LX6310 system comprises "a plurality of regulators, each having an input connected to receive power from the one or more power busses and an output for delivering a regulated output; and one or more semiconductor processors connected to receive power from one or more of the regulators"<br><br>*See* 85.d |
| 89.e | wherein at least one of the one or more bus converter circuits has a first terminal, | The LX6310 system comprises "at least one of the one or more bus converter circuits [that] has a first terminal."<br><br>*See* 1.b |
| 89.f | a second terminal, and | The LX6310 system comprises "at least one of the one or more bus converter circuits [that] has . . . a second terminal."<br><br>*See* 1.c |
| 89.g | a common terminal and | The LX6310 system comprises "at least one of the one or more bus converter circuits [that] has . . . a common terminal."<br><br>*See* 1.d |
| 89.h | is configured to convert power in a first direction in which the first terminal and common terminal | The LX6310 system comprises a bus converter that "is configured to convert power in a first direction in which the first terminal and common terminal form an input for receiving input power at |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | form an input for receiving input power at a first voltage, V1, and the second terminal and the common terminal form an output for delivering output power at a second voltage, V2; | a first voltage, V1, and the second terminal and the common terminal form an output for delivering output power at a second voltage, V2." *See* 1.e(a)-(b) |
| 89.i | wherein the input and output are galvanically connected; | The LX6310 system comprises a bus converter "wherein the input and output are galvanically connected." *See* 1.f |
| 89.j | wherein over a range of input voltages the at least one of the one or more bus converter circuits uses an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), to convert power in the first direction, such that output power delivered is at the second voltage, V2=K×V1; | The LX6310 system comprises a bus converter "wherein over a range of input voltages the at least one of the one or more bus converter circuits uses an essentially fixed voltage transformation ratio, K, equal to the second voltage, V2 divided by the first voltage, V1, (K=V2/V1), to convert power in the first direction, such that output power delivered is at the second voltage, V2=K×V1." *See* 1.g |
| 89.k | wherein the first voltage, V1, is greater than the second voltage, V2; | The LX6310 system comprises a bus converter "wherein the first voltage, V1, is greater than the second voltage, V2." *See* 1.h |
| 89.l | wherein the at least one of the one or more bus converter circuits includes (i) a transformer | The LX6310 system comprises a bus converter "wherein the at least one of the one or more bus converter circuits includes (i) a transformer having a first winding and a second winding, (ii) a |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | having a first winding and a second winding, (ii) a plurality of switches, and (iii) a controller configured to operate the plurality of switches in a series of converter operating cycles; | plurality of switches, and (iii) a controller configured to operate the plurality of switches in a series of converter operating cycles." <br><br> *See* 1.i |
| 89.m | wherein each converter operating cycle includes a first and a second power transfer interval, the first and second power transfer intervals having essentially equal durations, and | The LX6310 system comprises a bus converter "wherein each converter operating cycle includes a first and a second power transfer interval, the first and second power transfer intervals having essentially equal durations." <br><br> *See* 1.j |
| 89.n | wherein during the first power transfer interval a first set of the plurality of switches is ON and power is converted in the first direction, and during the second power transfer interval a second set of the plurality of switches is ON and power is converted in the first direction; | The LX6310 system comprises a bus converter "wherein during the first power transfer interval a first set of the plurality of switches is ON and power is converted in the first direction, and during the second power transfer interval a second set of the plurality of switches is ON and power is converted in the first direction." <br><br> *See* 1.k |
| 89.o | wherein the at least one of the one or more bus converter circuits is configured during the first power transfer interval to (a) form a first series circuit in which at least the following elements are all connected in series without | The LX6310 system is an apparatus "wherein the at least one of the one or more bus converter circuits is configured during the first power transfer interval to (a) form a first series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the first set, and at least one capacitor." <br><br> *See* 1.l |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the first set, and at least one capacitor, and | |
| 89.p | (b) convert in the first direction current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K; | The LX6310 system is an apparatus "wherein the at least one of the one or more bus converter circuits is configured during the first power transfer interval to . . . (b) convert in the first direction current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K." *See* 85.p |
| 89.q | wherein the at least one of the one or more bus converter circuits is configured during the second power transfer interval to (a) form a second series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the second set, and at least one capacitor, and | The LX6310 system is an apparatus "wherein the at least one of the one or more bus converter circuits is configured during the second power transfer interval to (a) form a second series circuit in which at least the following elements are all connected in series without regard to order: at least one of the first or second terminals, at least one of the first or second windings of the transformer, at least one of the plurality of switches in the second set, and at least one capacitor." *See* 1.m |

| # | Limitation | Infringement Evidence |
|---|---|---|
| | | |
| 89.r | (b) convert in the first direction current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K; | The LX6310 system is an apparatus "wherein the at least one of the one or more bus converter circuits is configured during the second power transfer interval to . . . convert in the first direction current flowing through the first terminal into current flowing through the second terminal in inverse proportion to the essentially fixed voltage transformation ratio, K."<br><br>*See* 85.r |
| 89.s | wherein the at least one of the one or more bus converter circuits is configured to, before the first power transfer interval, reduce a voltage across a first ZVS switch prior to turning the first ZVS switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set; and | The LX6310 system is an apparatus "wherein the at least one of the one or more bus converter circuits is configured to, before the first power transfer interval, reduce a voltage across a first ZVS switch prior to turning the first ZVS switch ON, such that the voltage across the first ZVS switch is reduced when the first ZVS switch is turned ON, the first ZVS switch being at least one of the plurality of switches in the first set."<br><br>*See* 1.n |
| 89.t | wherein the at least one of the one or more bus converter circuits is configured to, before the second power transfer interval, reduce a voltage across a second ZVS switch prior to turning the second ZVS switch ON, such that the voltage across | The LX6310 system is an apparatus "wherein the at least one of the one or more bus converter circuits is configured to, before the second power transfer interval, reduce a voltage across a second ZVS switch prior to turning the second ZVS switch ON, such that the voltage across the second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at least one of the plurality of switches in the second set."<br><br>*See* 1.o |

46

| # | Limitation | Infringement Evidence |
|---|---|---|
| | the second ZVS switch is reduced when the second ZVS switch is turned ON, the second ZVS switch being at least one of the plurality of switches in the second set. | |