EXHIBIT 3

**MT6310**

# MT6310 High Efficiency, Non-Isolated, Fixed 4:1 Ratio,

# 1500W, Digital DC/DC Power Module

## Features

- 38V to 60V Input Voltage Range
- 9.5V to 15V Output Voltage Range
- Up to 1500W Continuous Output Power
- Up to 4000W Transient Output Power
- Up to 98.4% Peak Efficiency
- Parallel Operation for Multi-kW Arrays
- Configuration and Monitoring via PMBus
- Auto-Recovery Mode for UVP, OTP, OCP
- 23mm x 17.4mm x 7.7mm Open Frame
- Reflow Soldering (MSL rating of 3)
- UL62368-1, 2nd Pending

## Application

- Artificial Intelligence System
- Data Center
- Computing Systems

## General Description

The MT6310 is a high-efficiency, non-isolated power module with a fixed 4:1 transformer turn ratio.

The module operates from a 38V to 60V DC primary bus to a 9.5V to 15V output voltage. It can deliver up to 1500W continuous and 4000W in transient.

The built-in digital controller can store and restore module configurations. The fault status, input voltage, output voltage, output current, and temperature can be monitored via the PMBus interface.

The MT6310 is available in a LGA (23mm x 17.4mm x 7.7mm) package.

## Typical Application Circuit



**Figure 1. Typical Application Circuit**

## Efficiency



**Figure 2. Typical Efficiency Curve (V$_{IN}$ = 54V)**

 PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved

## Pin Configuration and Functions

**Top View**



**Figure 3. Pin Configuration**

**Pin Functions**

| Pin# | Name | Description |
|------|------|-------------|
| 1, 4 | VH | High side voltage |
| 2 | TM/OG | Temperature monitor and power good signal |
| 3 | EN | Enable control |
| 5 | GND | Ground |
| 6 | VL | Low side voltage |
| 7 | ADDR | PMBus address configure, can short it to GND |
| 8 | SDA | PMBus data signal, can short it to GND |
| 9 | SCL | PMBus clock signal, can short it to GND |
| 10 | ALERT | Alert signal, open drain output without internal pull up resistor, can short it to GND |

**Table 1. Pin Function**

## Specifications

**Absolute Maximum Ratings** [Note1]

| PARAMETER | | MIN | MAX | UNIT |
|-----------|--|-----|-----|------|
| VH voltage | | -0.3 | 70 | V |
| VL Voltage | | -0.3 | 18 | V |
| All other pins | | -0.3 | 3.6 | V |
| Storage temperature range | | -40 | 125 | °C |

Note: Exceeding these rating may damage the module.

**Recommend Operating Condition** [Note]

| PARAMETER | | MIN | MAX | UNIT |
|-----------|--|-----|-----|------|
| VH | Input voltage | 38 | 60 | V |
| Ta | Ambient temperature range | -40 | 85 | °C |
| $T_J$ | Module hot spot temperature range | -40 | 125 | °C |

Note1: The module is not guaranteed to function outside of its operating conditions.

2

 PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved

METAPWR

**MT6310**

| PARAMETER | TEST CONDITION | MIN | TYP | MAX | UNIT |
|---|---|---|---|---|---|
| **Input** | | | | | |
| Operating input voltage range | | 38 | 54 | 60 | V |
| Input under voltage turn on threshold | | 36.5 | 37.2 | 38 | V |
| Input under voltage turn off threshold | With 10mS delay | 33 | 34 | 35 | V |
| | No delay | 30 | 31 | 32 | V |
| Input over voltage protection | With 10mS delay, latch mode | 64 | 65 | 66 | V |
| | No delay, latch mode | 68.5 | 69.5 | 70.5 | V |
| Input current (Vin quiescent current) | Module is disabled by EN | | 12 | | mA |
| Input current at no load | Module is enabled, no load | | 88 | | mA |
| Input current at full load | Module is enabled, 1500W, 38Vin | | | 42 | A |
| **Output** | | | | | |
| Output voltage range | No load, 38V~60Vin | 9.2 | | 15.5 | V |
| | 1500W load, 38V~60Vin | 9.0 | | 15.0 | V |
| Output current and power | After TM/OG goes high. Continuous | | | 135 | A |
| | | | | 1500 | W |
| Output current in transient Note2 | After TM/OG goes high. Transient 20mS | | | 180 | A |
| | After TM/OG goes high. Transient 1mS | | | 255 | A |
| | Before TM/OG goes high, 38V~60Vin | | | 0.5 | A |
| Output voltage ripple and noise | 54Vin, full load, 20MHz bandwidth, Cout=100uF/25V Polymer x 2pcs + 10u/25V MLCC x 10pcs | | | | |
| | Peak-to-peak | | 40 | | mV |
| | RMS | | 15 | | mV |
| Output capacitance | | 300 | | 6000 | uF |
| Output voltage start up time | From EN goes high to Vout nominal | | 55 | | mS |
| | From Vin goes high to Vout nominal | | 60 | | mS |
| | From EN goes high to TM/OG goes high | | 60 | | mS |
| | From Vin goes high to TM/OG goes high | | 70 | | mS |
| Output voltage rising time | From 0% to 100% of Vout nominal | | 50 | | mS |
| Output under voltage protection | After TM/OG goes high, 29mS delay, Latch mode, No retry | | Vin/4.4 | | V |
| | After TM/OG goes high, No delay, Latch mode, No retry | | 7.5 | | V |
| Output over voltage protection | Latch mode, No retry, No load | | 17.75 | | V |
| Output over current slow protection | After TM/OG goes high, 25mS delay, retry 3 times | | 180 | | A |
| | After TM/OG goes high, 2mS delay, retry 3 times | | 255 | | A |
| Output over current fast protection | Before TM/OG goes high, No delay, latch mode, No retry | | 5 | | A |
| | After TM/OG goes high, No delay, latch mode, No retry | 300 | | 450 | A |
| **Efficiency** | | | | | |
| 100% Load | Vin=54V | | 97.5 | | % |
| 50% Load | Vin=54V | | 98.5 | | % |
| **EN** | | | | | |
| EN input voltage high | Modules is enabled | 1.8 | | 3.3 | V |
| EN high leakage current | EN=3.3V | | | 100 | uA |
| EN input voltage low | Modules is disabled | | | 0.6 | V |
| EN low leakage current | EN=0V | | | 0.4 | mA |
| EN on delay | EN goes high to output voltage start up | | | 1 | mS |
| EN off delay | EN goes low to turn off module | | 0.1 | | mS |
| **TM/OG** | | | | | |
| TM/OG voltage range | No fault, Module is enabled | 2.5 | | 4.1 | V |
| | TM/OG is hold low by internal controller | | 0.2 | | V |
| TM/OG voltage reference | Hot spot temperature=27°C | | 3.0 | | V |
| TM/OG indicate temperature range | | -20 | | 135 | °C |
| TM/OG gain | Hot spot temperature Tj= -20°C ~ 135°C | | 10 | | mV/°C |
| TM/OG short circuit current | Source current when pulled to GND externally | | | 4 | mA |
| TM/OG sinking current | Sink current when pulled to GND by internal | | | 4 | mA |

**Electrical Characteristics**

T$_J$ = 25°C and 54Vin unless otherwise noted. The values are guaranteed by test, design, or statistical correlation.

3

 PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved

Note2: The maximum output current is 300 A. The maximum power is 4000W and continuous power (thermal design power TDP) is < 1500 W depending on thermal conditions in application.

| | controller | | | | |
|---|---|---|---|---|---|
| TM/OG delay time | From fault to TM/OG low | | | 1 | mS |
| | From Vin ready to TM/OG high | | 70 | | mS |
| | From EN high to TM/OG high | | 60 | | mS |
| **PMBus** | | | | | |
| Logic input low | SCL, SDA pin | | | 0.8 | V |
| Logic input high | SCL, SDA pin | 2.1 | | | V |
| Logic output low | SCL, SDA, Alert pin sink current=4mA | | | 0.4 | V |
| Leakage current | SCL, SDA, Alert pin, Logic output high | -1 | | 1 | uA |
| Input capacitance | SCL, SDA pin, Inside the module | | 50 | | pF |
| Operating frequency range | | 100 | | 400 | KHz |
| Input voltage report accuracy | | -2 | | +2 | V |
| Output voltage report accuracy | | -0.25 | | +0.25 | V |
| Output current report accuracy | 10A < Iout < 120A | | ±4.5 | | A |
| Temperature report range | | -20 | | 135 | °C |
| Temperature report accuracy | | -5 | | +5 | °C |
| **Temperature** | | | | | |
| Over temperature (OT) shutdown | | | | 130 | °C |
| OT recovery | | | | 100 | °C |
| **Others** | | | | | |
| Switching frequency | | | | 1.1 | MHz |
| CMTBF | Telcordia SR-332, issue4, method 1, 80% full load, Ta=25°C, Airflow=300LFM | | TBD | | Mhours |
| Weight | | | TBD | | grams |

## Typical Application Circuit



**Figure 4.    Application Circuit**

| Location | Vendor P/N | Description | Quantity | Vendor | Note |
|---|---|---|---|---|---|
| CVH | 80SXV47M | 47uF 80V | 2 | Panasonic | Or equivalent part |
| | / | 4.7uF 100V MLCC | 2 | / | |
| CVL | 25TQC100MD3 | 100uF 25V | 2 | Panasonic | Or equivalent part |
| | / | 10uF 25V MLCC | 10 | / | |
| R1 | / | 1Kohm | 1 | / | |
| R2 | / | 1Kohm | 1 | / | |
| R3 | / | 1Kohm | 1 | / | |
| R4 | / | / | 1 | / | Follow PMBus spec |
| F1 | 30A of 456 series | 30A, 125V | 2 | Littelfuse | 2pcs in parallel |

**Table 2. Typical Application BOM Parameters**

4

**METAPWR**

**MT6310**

## Typical Electrical Characteristics Curves

$T_A$=25℃, unlessotherwise noted.



Figure 5. Tj=25℃ Efficiency

Figure 6. Tj=25℃ Power Loss

Yellow: Vin 20V/div; Green: Vout 5V/div; Purple: EN 5V/div; Blue: TM/OG 2V/div
Figure 7. V$_{OUT}$ Start up, 54Vin turn on, No load

Yellow: Vin 20V/div; Green: Vout 5V/div; Purple: EN 5V/div; Blue: TM/OG 2V/div
Figure 8. V$_{OUT}$ Start up, 54Vin turn on, 0.5A load

Yellow: Vin 20V/div; Green: Vout 5V/div; Purple: EN 5V/div; Blue: TM/OG 2V/div
Figure 9. V$_{OUT}$ Start up, 54Vin, EN turn on, No load

Yellow: Vin 20V/div; Green: Vout 5V/div; Purple: EN 5V/div; Blue: TM/OG 2V/div
Figure 10. V$_{OUT}$ Start up, 54Vin, EN turn on, 0.5A load

Yellow: Vin 20V/div; Green: Vout 500mV/div; Purple: Iout 100A/div
Figure 11. Load Transient Response
54Vin, Co=300uF, 0A to 120A to 0A

Figure 12. 54Vin Output Ripple Voltage
Full load, Co=300uF, 20mV/div

5

## Feature Description

**Input fuse**

The module has no internal input fuse, to achieve optimum safety and system protection, an input line fuse is highly recommended.

2pcs 30A rating fast-blow fuse are suggested to meet safety agencies requirement.

**Input capacitor**

If input source or input line has higher ac-impedance, then it maybe impacts on module stability. We suggest putting 2pcs 47uF OSCON capacitor as input capacitor and put it close to input pins.

**Input Under and Over Voltage (Vin UVP and OVP)**

When the input voltage rises above the input voltage turn on threshold then the module begins to start up.

The module will shut down when input voltage falls below the input under voltage turn off threshold or input voltage rises above input over voltage turn off threshold.

**Output Voltage Start Up**

The module has an internal soft start circuit which ramps up the output voltage to the nominal voltage during a soft start time of typically 50ms.

During module output voltage start up the TM/OG pin keep at low voltage, the maximum allowed output current is 0.5A and it will trigger OCP if the output current is higher than 0.5A.

After output voltage start up finish successful and TM/OG goes high, then module can deliver full power.

**Output Under and Over Voltage Protection (Vo UVP and OVP)**

If the output voltage is under or over the fault set point, the module will shut down and enter latch mode, no retry.

**Output Voltage Rising Time and Output Capacitance Load**

The output voltage rising time is 50ms and output capacitance load range is 300uF ~ 6000uF by default.

Customer can shorten output voltage rising time if output capacitance load is less than 6000uF and lengthen output voltage rising time if output capacitance load is higher than 6000uF, below is the equation:

Output voltage rising time>=(50ms/6000uF)*output capacitance load, the minimum value is 3ms.

For example, output voltage rising time can be adjusted as 10ms at 1200uF, 100ms at 12000uF, 200ms at 24000uF.

Customer can adjust output voltage rising time by PMBus command [61h], TON_RISE.

**Over Current Protection (OCP)**

The module has slow OCP and fast OCP.

If the module output current is higher than slow OCP set point and lasting time is longer than the delay time, the module will shut down and retry 3 times maximum.

If the module output current is higher than fast OCP set point then it will shut down immediately and enter latch mode.

**Over Temperature Protection (OTP)**

If the junction temperature is higher than the thermal shutdown temperature (typical 130°C), the module will turn off, and enters thermal shutdown protection mode. It will remain in this state until the junction temperature decreases below 100°C. After exiting this state, the module auto retries to normal operation.

6

## Remote ON/OFF (EN)

The EN logic is positive, the module is enabled by setting the EN pin floating or logic high voltage, and is disabled by pull down EN pin to GND.

In multi-modules parallel application, EN pins should be connected to synchronize start up.

## Temperature Monitor/Output Good (TM/OG)

The TM / OG pin provides below 2 functions:

■Monitor the module hot spot temperature (TM)

After start up, this pin provides a voltage proportional to the temperature of the module hot spot, its accuracy is ±5°C, with an approximate gain of 10mV/°C.

The TM voltage and hot spot temperature equation is shown in below:

$TM(V)=Tj(°C) * 0.01 + 2.73$

■Output Good Flag (OG)

This pin will be internally held low until the startup has completed. When the output voltage is in a steady state condition after the completion of the soft start, TM/OG pin will internally be released and then then module can deliver full power.

This pin can also be used as "Fault flag", as the pin is pulled low internally when a fault is detected.

## Black Box Function

The module supports black box function, the related log information will be stored in the non-volatile memory (NVM) when fault events happen. The fault events include Vin OVP off, Vout OVP off, Vout UVP off, OCP off, OTP off but except EN off and Vin UVP. There is a reserved space in the NVM for saving up to 80 log information, each log information includes 31 bytes and the record content as below table:

| Byte | Content |
|---|---|
| 1~9 | For internal check |
| 10~12 | Run time from turn on to off |
| 13~14 | Hot spot temperature at off |
| 15~16 | Status word |
| 17~18 | Vin at off |
| 19~20 | For internal check |
| 21~22 | Iout at off |
| 23~31 | For internal check |

The total amount of recorded fault log can be read from the PMBus command [D2h] MFR_SNAPSHOT_NUMBER. The individual log information can be read from command [D0h] MFR_SNAPSHOT_DATA after writing the log index to command [D3h] MFR_SNAPSHOT_INDEX. For example, to read the first or the oldest log information, write 0x01 to command [D3h] then read command [D0h]. The black box function can be disabled by writing 0x00 to [D3h].

Jan, 2025          PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved          Rev 0.5

## PMBus Description

The module offers a PMBus digital interface that allows users to monitor many characteristics of the module operation as well as the input and output voltages, output current, modules hot spot temperature.

User system controller can configure many features of the module, such as set point of input UVP, OVP, output UVP, OVP, OTP.

Communication bus operating frequency from 100kHz to 400kHz is supported.

The module supports Packet Error Checking (PEC) protocol. It can check the PEC byte provided by the PMBus master and include a PEC byte in all message responses to the master. And the module also can communicate with the master that does not implement the PEC mechanism.

### Alert

Alert pin is open drain output without internal pull up resistor, warning and fault conditions can be detected using the alert pin, which will be asserted low when any pre-configured fault or warning condition occurs.

In response to the alert signal, the user may read a few status commands to find out what fault or warning condition occurred. The CLEAR_FAULTS command will clear the SMBALERT.

### SMBALERT_MASK

The SMBALERT_MASK [1Bh] command is used to mask warning or fault conditions from asserting the Alert signal. The data format used is to send the command code for the status register which would indicate the fault intended to be masked, along with bit or bits in the status register which would be set in the case of a fault.

The status register command code is sent in the low byte (data[0]), and the bits to be masked is sent in the high byte (data[1]). The status registers include STATUS_VOUT [7Ah], STATUS_IOUT [7Bh], STATUS_INPUT [7Ch], STATUS_TEMPERATURE [7Dh], STATUS_CML [7Eh]. For example, a "Packet Error Check Failed" warning would set bit 5 in the STATUS_CML register. If we want to mask the Alert when this occurs, we would use the SMBALERT_MASK to set the command code for STATUS_CML (7Eh) to data[0] and the bit for "Packet Error Check (PEC) Failed" warn (20h) to data[1]. In this case, a PEC warning condition would not assert the Alert.

Below is the configuration process and the module should be off.
Step 1 Write PMBus Address;
Step 2 Write SMBALERT_MASK command code (1Bh);
Step 3 Write low byte data[0] (taking STATUS_CML for example, data[0] = 7Eh);
Step 4 Write high byte data[1] (taking ignoring "Packet Error Check Failed" warning for example, data[1] = 20h);
Step 5 Write SMBALERT_MASK command code (1Bh) to STORE_USER_CODE [17h] command to store this configuration to the non-volatile memory (NVM).

Block read [1Bh] command and the received data[2]-data[6] show the status masks for STATUS_VOUT [7Ah], STATUS_IOUT [7Bh], STATUS_INPUT [7Ch], STATUS_TEMPERATURE [7Dh], STATUS_CML [7Eh], respectively. The default status mask settings are shown below.

| Status Register | Status Mask | Remark |
|---|---|---|
| STATUS_VOUT [7Ah] | 0x00 | |
| STATUS_IOUT [7Bh] | 0x00 | |
| STATUS_INPUT [7Ch] | 0x00 | |
| STATUS_TEMPERATURE [7Dh] | 0x00 | |
| STATUS_CML [7Eh] | 0xFF | All CML faults or warnings will set respective bits in STATUS_CML but will not pull the Alert. |

### PMBus Address

The Module has flexible PMBUS addressing capability.


The address is 7-bit code, the 3MSB are set as 001, and the 4LSB bit address is set as below table, 1% accuracy resistor is suggested.

| PMBus address | Resistor, Kohm, 1% |
|---|---|
| 10h | 0 |
| 11h | 0.75 |
| 12h | 1.33 |
| 13h | 2 |
| 14h | 2.74 |
| 15h | 3.65 |
| 16h | 4.87 |
| 17h | 6.34 |
| 18h | 8.06 |
| 19h | 10.5 |
| 1Ah | 13.3 |
| 1Bh | 16.9 |
| 1Ch | 21.5 |
| 1Dh | 27.4 |
| 1Eh | 34.8 |
| 1Fh | 44.2 |

If user's address resistor value is not listed in above table, then the address will be set 7Eh by default.

**PMBus Data Format**

The module receives and sends data in LINEAR format. The output voltage related commands use LINEAR format with a 16-bit unsigned mantissa and an exponent of -10. The format of the two data bytes is shown below.

| Data Byte High | | | | | | | | Data Byte Low | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| Mantissa | | | | | | | | | | | | | | | |

The equation can be written as: $V_{OUT}$ = Mantissa x $2^{(-10)}$

For example, to read Vout by READ_VOUT when Vout=12V, the read data can be calculated as:

   Mantissa = Vout $/2^{(-10)}$ = $12/2^{(-10)}$ = 12288, convert it to hexadecimal 0x3000.

Other commands use LINEAR format with 11-bit mantissa and 5-bit exponent, including input voltage, output current, temperature, time and frequency. The format of the two data bytes is shown below.

| Data Byte High | | | | | | | | Data Byte Low | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| MSB<br>Exponent | | | | | MSB<br>Mantissa | | | | | | | | | | |

The equation can be written as: Value = Mantissa x $2^{(exponent)}$

For example, to set the threshold of input under voltage lockout to 36.5V by MFR_VIN_SLOW_UV_FAULT_LIMIT command, the read/write data can be calculated as below:

Get the exponent of Vin, -2; whose binary is 11110

   Mantissa = $V_{IN}/2^{(-2)}$ = $36.5/2^{(-2)}$ = 146, convert the calculated mantissa to binary 10010010; Combine the exponent and the mantissa, 11110 and 00010010010; Convert binary 1111000010010010 to hexadecimal 0xF092.

**PMBus Write Command**

   The default data provided on next page are valid for the standard configuration.

   The default data can be changed by using appropriate PMBus command and stored in Non-Volatile Memory by using PMBus command [17h].

9


| Code | Name | Type | Data Format | Default Data | Data Range | Data Exponent | Unit | Note |
|------|------|------|-------------|--------------|------------|---------------|------|------|
| 17h | STORE_USER_CODE | Write byte | / | / | / | / | / | Store the user defined data to non-volatile memory when module is off |

For example, TON_RISE default data is 50ms.

| Code | Name | Type | Data Format | Default Data | Data Range | Data Exponent | Unit | Note |
|------|------|------|-------------|--------------|------------|---------------|------|------|
| 61h | TON_RISE | R/W word | Linear11 | 50 | 3~200 | 0 | ms | |

To change TON_RISE data to 100ms, the data in Linear11 format, 100 is 0x0064 in hexadecimal.

| New TON_RISE data | High Byte | Low Byte |
|-------------------|-----------|----------|
| 100ms | 0x00 | 0x64 |

Below is the process and the module should be off.

Step1 Write PMBus address (refer to PMBus address resistor setting);

Step2 Write TON_RISE command code (0x61);

Step3 Write TON_RISE data low byte (for example, TON_RISE=100ms; low byte=0x64);

Step4 Write TON_RISE data high byte (for example, TON_RISE=100ms; high byte=0x00);

Step5 Write TON_RISE command code (0x61) to STORE_USER_CODE(17h).

Then the TON_RISE data 100ms is stored in NVM (Non-Volatile Memory).

Jan, 2025          PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved          Rev 0.5

## Supported PMBus Commands List

| Code | Name | Type | Data Format | Default Data | Data Range | Data Exponent | Unit | Note |
|---|---|---|---|---|---|---|---|---|
| 01h | OPERATION | R/W byte | Bit field | 0x80 | / | / | / | |
| 02h | ON_OFF_CONFIG | R/W byte | Bit field | 0x1F | / | / | / | |
| 03h | CLEAR_FAULTS | Send byte | / | / | / | / | / | |
| 10h | WRITE_PROTECT | R/W byte | Bit field | 0x80 | / | / | / | It is to provide protection against accidental PMBus value changes |
| 17h | STORE_USER_CODE | Write byte | / | / | / | / | / | Can only write this command when the module is off. It has a limit of 200 stores due to limited memory space. |
| 1Bh | SMBALERT_MASK | Write word/Read block | / | / | / | / | / | Can only write this command when the module is off |
| 20h | VOUT_MODE | Read byte | mode+exp | 0x16 | / | / | / | Exponent of -10 |
| 35h | VIN_ON | R/W word | Linear11 | 37.25 | 35~38 | -2 | V | |
| B5h | MFR_VIN_SLOW_UV_FAULT_LIMIT | R/W word | Linear11 | 34.0 | 31~37 | -2 | V | With 10ms delay |
| 36h | VIN_OFF | R/W word | Linear11 | 31.25 | 31~37 | -2 | V | |
| 58h | VIN_UV_WARN_LIMIT | R/W word | Linear11 | 35 | 31~37 | -2 | V | |
| 59h | VIN_UV_FAULT_LIMIT | R/W word | Linear11 | 31 | 31~37 | -2 | V | |
| 40h | VOUT_OV_FAULT_LIMIT | R/W word | Vout linear | 17.75 | 16~18 | -10 | V | |
| 42h | VOUT_OV_WARN_LIMIT | R/W word | Vout linear | 17.5 | 16~18 | -10 | V | |
| 43h | VOUT_UV_WARN_LIMIT | R/W word | Vout linear | 8 | 7~9.5 | -10 | V | |
| 44h | VOUT_UV_FAULT_LIMIT | R/W word | Vout linear | 7.5 | 7~9.5 | -10 | V | |
| 4Fh | OT_FAULT_LIMIT | R/W word | Linear11 | 130 | 100~135 | 0 | °C | Must be greater than OT_WARN_LIMIT value |
| 51h | OT_WARN_LIMIT | R/W word | Linear11 | 115 | 100~135 | 0 | °C | Must be less than OT_FAULT_LIMIT value |
| 55h | VIN_OV_FAULT_LIMIT | R/W word | Linear11 | 69.5 | 60~70 | -2 | V | Must be higher than VIN_OV_WARN_LIMIT, latch mode |
| 57h | VIN_OV_WARN_LIMIT | R/W word | Linear11 | 68.5 | 60~70 | -2 | V | Must be less than VIN_OV_FAULT_LIMIT value |
| B4h | MFR_VIN_SLOW_OV_FAULT_LIMIT | R/W word | Linear11 | 65 | 60~70 | -2 | V | With 10ms delay |
| BCh | MFR_IOUT_OCP2_FAULT_LIMIT | R/W byte | U8.0 | 255 | 150~255 | 0 | A | Slow OCP off, 2ms delay |
| BDh | MFR_IOUT_OCP2_WARN_LIMIT | R/W byte | U8.0 | 245 | 150~255 | 0 | A | Slow OCP warning, 2ms delay |
| BEh | MFR_IOUT_OCP3_FAULT_LIMIT | R/W byte | U8.0 | 180 | 135~180 | 0 | A | Slow OCP off, 25ms delay |
| BFh | MFR_IOUT_OCP3_WARN_LIMIT | R/W byte | U8.0 | 170 | 135~180 | 0 | A | Slow OCP warning, 25ms delay |
| D1h | MFR_IOUT_OC_FAST_FAULT_LIMIT | R/W word | Linear11 | 320 | 225~320 | 0 | A | Fast OCP, no delay |
| 5Fh | POWER_GOOD_OFF | R/W word | Vout linear | 7 | 6~9 | -10 | V | |
| 60h | TON_DELAY | R/W word | Linear11 | 1 | 1~20 | 0 | mS | |
| 61h | TON_RISE | R/W word | Linear11 | 50 | 3~200 | 0 | mS | |
| 79h | STATUS_WORD | Read word | Bit field | / | / | / | / | |
| 7Ah | STATUS_VOUT | Read byte | Bit field | / | / | / | / | |
| 7Bh | STATUS_IOUT | Read byte | Bit field | / | / | / | / | |
| 7Ch | STATUS_INPUT | Read byte | Bit field | / | / | / | / | |
| 7Dh | STATUS_TEMPERATURE | Read byte | Bit field | / | / | / | / | |
| 7Eh | STATUS_CML | Read byte | Bit field | / | / | / | / | CML faults will set bits in STATUS_CML register. However, the ALERT will not pull low since all bits have been masked by [1Bh]. |
| 80h | STATUS_MFR_SPECIFIC | Read byte | Bit field | / | / | / | / | |
| 88h | READ_VIN | Read word | Linear11 | / | / | -2 | V | |
| 8Bh | READ_VOUT | Read word | Vout Linear | / | / | -10 | V | |
| 8Ch | READ_IOUT | Read word | Linear11 | / | / | -1 | A | |
| 8Dh | READ_TEMPERATURE_1 | Read word | Linear11 | / | / | 0 | °C | |
| 96h | READ_POUT | Read word | Linear11 | / | / | 2 | W | |

11

 PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 98h | PMBUS_REVISION | Read byte | Bit field | 0x33 | / | / | / | PMBus Rev 1.3 |
| 99h | MFR_ID | Read block | ASCII | | / | / | / | Total 12 ASCII characters |
| 9Ah | MFR_MODEL | Read block | ASCII | | / | / | / | Total 20 ASCII characters |
| 9Bh | MFR_REVISION | Read block | ASCII | | / | / | / | Total 12 ASCII characters |
| 9Ch | MFR_LOCATION | Read block | ASCII | | / | / | / | Total 12 ASCII characters |
| 9Eh | MFR_SERIAL | Read block | ASCII | | / | / | / | Total 20 ASCII characters |
| D0h | MRF_SNAPSHOT_DATA | Read block | / | / | / | / | / | |
| D2h | MRF_SNAPSHOT_NUMBER | Read byte | / | | | | | |
| D3h | MFR_SNAPSHOT_INDEX | Read byte | / | / | / | / | / | |

OPERATION [01h]

| Bit number | Purpose | Bit value | Meaning | Default setting - 0x80 |
|---|---|---|---|---|
| 7 | Enable or disable the module | 1 | Output is enabled | 1 |
| | | 0 | Output is disabled | |
| 6:0 | Reserved | | | 0000000 |

ON_OFF_CONFIG [02h]

| Bit number | Purpose | Bit value | Meaning | Default setting - 0x1F |
|---|---|---|---|---|
| 7:5 | Reserved | | | 000 |
| 4 | Power up Operation | 0 | Module powers up when input voltage is present regardless of state of the EN pin. | 1 |
| | | 1 | Module does not power up until commanded by the EN pin or OPERATION command | |
| 3 | PMBus Enable Mode | 0 | Module ignores the on/off portion of the OPERATION command from serial bus. | 1 |
| | | 1 | To start, the module requires that the on/off portion of the OPERATION command is instructing the module to run. | |
| 2 | Control how the module responds to the EN pin | 0 | Module ignores the EN pin | 1 |
| | | 1 | Module requires the EN pin to be asserted to start the module | |
| 1 | Polarity of the EN pin | 0 | Active low. | 1 |
| | | 1 | Active high. | |
| 0 | EN pin action when commanding the module to turn off | 0 | Use the programmed turn off delay and fall time. | 1 |
| | | 1 | Turn off the output and stop transferring energy to the output immediately. | |

WRITE PROTECT [10h]

| Bit number | Purpose | Bit value | Meaning | Default setting - 0x80 |
|---|---|---|---|---|
| 7 | This command is used to prevent accidental changes to the PMBus settings. | 1 | Disable all writes except the WRITE_PROTECT command. | 1 |
| | | 0 | Enable writes to all commands | |
| 6:0 | Reserved | | | 0000000 |

SMBALERT_MASK [1Bh]

| Bit number | Bit name | Bit value | Function |
|---|---|---|---|
| 7 | Mask Bit 7 | 0 | Pull Alert |
| | | 1 | Ignore |
| 6 | Mask Bit 6 | 0 | Pull Alert |
| | | 1 | Ignore |
| 5 | Mask Bit 5 | 0 | Pull Alert |
| | | 1 | Ignore |
| 4 | Mask Bit 4 | 0 | Pull Alert |
| | | 1 | Ignore |

 PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved


| 3 | Mask Bit 3 | 0 | Pull Alert |
| | | 1 | Ignore |
| 2 | Mask Bit 2 | 0 | Pull Alert |
| | | 1 | Ignore |
| 1 | Mask Bit 1 | 0 | Pull Alert |
| | | 1 | Ignore |
| 0 | Mask Bit 0 | 0 | Pull Alert |
| | | 1 | Ignore |

STATUS_WORD [79h]

| Bit number | Purpose | Bit value | Meaning |
|---|---|---|---|
| 15 | An output voltage fault or warning has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 14 | An output current fault or warning has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 13 | An input voltage fault or warning has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 12 | A manufacturer specific fault or warning has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 11 | The Power-Good signal, if present, is negated. | 1 | Power No Good |
| | | 0 | Power Good |
| 10:7 | Reserved | | |
| 6 | This bit is asserted if the unit is not providing power to the output, regardless of the reason, including simply not being enabled | 1 | OFF |
| | | 0 | ON |
| 5 | An output over voltage fault has occurred | 1 | Occurred |
| | | 0 | Not Occurred |
| 4 | An output over current fault has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 3 | An input under voltage fault has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 2 | A temperature warning or fault has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 1 | A communications, memory or logic fault has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 0 | A fault or warning not listed in bits [7:1] of this byte has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |

STATUS_VOUT [7Ah]

| Bit number | Purpose | Bit value | Meaning |
|---|---|---|---|
| 7 | Output over voltage fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 6 | Output over voltage warning | 1 | Occurred |
| | | 0 | Not Occurred |
| 5 | Output under voltage warning | 1 | Occurred |
| | | 0 | Not Occurred |
| 4 | Output under voltage fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 3:0 | Reserved | | |

STATUS_IOUT [7Bh]

| Bit number | Purpose | Bit value | Meaning |
|---|---|---|---|

13



| 7 | Output over current fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 6 | Reserved | | |
| 5 | Output over current warning | 1 | Occurred |
| | | 0 | Not Occurred |
| 4:0 | Reserved | | |

STATUS_INPUT[7Ch]

| Bit number | Purpose | Bit value | Meaning |
|---|---|---|---|
| 7 | Input over voltage fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 6 | Input over voltage warning | 1 | Occurred |
| | | 0 | Not Occurred |
| 5 | Input under voltage warning | 1 | Occurred |
| | | 0 | Not Occurred |
| 4 | Input under voltage fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 3:0 | Reserved | | |

STATUS_TEMPERATURE [7Dh]

| Bit number | Purpose | Bit value | Meaning |
|---|---|---|---|
| 7 | Over temperature fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 6 | Over temperature warning | 1 | Occurred |
| | | 0 | Not Occurred |
| 5:0 | Reserved | | |

STATUS_CML [7Eh]

| Bit number | Purpose | Bit value | Meaning |
|---|---|---|---|
| 7 | Invalid/Unsupported Command Received | 1 | Occurred |
| | | 0 | Not Occurred |
| 6 | Invalid/Unsupported Data Received | 1 | Occurred |
| | | 0 | Not Occurred |
| 5 | Packet Error Check Failed | 1 | Occurred |
| | | 0 | Not Occurred |
| 4:2 | Reserved | | |
| 1 | A communication fault other than the ones listed in this table has occurred. | 1 | Occurred |
| | | 0 | Not Occurred |
| 0 | Reserved | | |

STATUS_MFR_SPECIFIC [80h]

| Bit number | Purpose | Bit value | Meaning |
|---|---|---|---|
| 7 | Reserved | / | / |
| 6 | Slow OC fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 5 | Fast OC fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 4 | Reserved | / | / |
| 3 | Slow OC warning | 1 | Occurred |
| | | 0 | Not Occurred |
| 2 | Vin slow OV fault | 1 | Occurred |

Jan, 2025          PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved          Rev 0.5



**MT6310**

| | | | |
|---|---|---|---|
| | | 0 | Not Occurred |
| 1 | Vin slow UV fault | 1 | Occurred |
| | | 0 | Not Occurred |
| 0 | Vout slow UV fault | 1 | Occurred |
| | | 0 | Not Occurred |

Jan, 2025          PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved          Rev 0.5

**Mechanical Drawing – Open Frame**



TOP VIEW



SIDE VIEW



BOTTOM VIEW

Note:

1. All dimensions are in millimeters.

2. Tolerances: x.x mm ± 0.5 mm, x.xx mm ± 0.25 mm

3. The allowable normal force on the top surface of magnetic core: transient force 20kgf (183.08psi) max, steady force 8kgf (73.23psi) max

16

**MT6310**

## Recommended Land Pattern



*RECOMMENDED LAND PATTERN (TOP VIEW)*

Note:
1. All dimensions are in millimeters.
2. Tolerances: x.xxmm±0.1mm

## Recommended Stencil Pattern



*RECOMMENDED STENCIL PATTERN (TOP VIEW)*
(BASED ON 0.12MM~0.15MM THICKNESS STENCIL)

Note:
1. All dimensions are in millimeters.
2. Tolerances: x.xxmm±0.1mm

17

 PRELIMINARY DATASHEET ©METAPWR, All Rights Reserved

## Reflow Parameter

Lead-free soldering process is a standard of electronic products production. Solder alloys like Sn/Ag, Sn/Ag/Cu and Sn/Ag/Bi are used extensively to replace the traditional Sn/Pb alloy. The figure below shows an example of the reflow profile diagram. Typically, the profile has three stages. During the initial stage from room temperature to 150°C, the ramp rate of temperature should not be more than 3°C/sec. The soak zone then occurs from 150°C to 200°C and should last for 60 to 120 seconds. Finally, keep at over 217°C for 60~150 seconds limit to melt the solder and make the peak temperature at the range from 255°C to 260°C (Do not exceed 30 sec). It is noted that the time of peak temperature should depend on the mass of the PCB board. The reflow profile is usually supported by the solder vendor and one should adopt it for optimization according to various solder type and various manufacturers' formula.



## Packaging Information

**METAPWR**                                                                                          **MT6310**

## Revision History

| Rev. | Change list | Owner | Date |
|------|-------------|-------|------|
| 0.1 | Modified from MT6301-4 OpenFrame Datasheet Rev0.19_20240916.docx | LY | 20241021 |
| 0.2 | Update POD,<br><br>Update output current （continuous）<br>Update delay time<br>Update OCP point | LY | 20250108 |
| 0.3 | Update Efficiency | LY | 20250110 |
| 0.4 | Update FW table | LC | 20250114 |
| 0.5 | BCh，BDh upper limit change to 255A | LC | 20250117 |
| 0.6 | Add Core downpressure spec<br>Update device height difference | zhangjingdi | 20250120 |
| 0.7 | OTP 135C—130C, recover 115C-100C | LC | 20250315 |

19



Obliterated Q-Code and Part Number



+OUT









Case 2:26-cv-00018-RWS-RSP   Document 1-3   Filed 01/09/26   Page 27 of 35 PageID #: 126



METAPWR

MP16910

Obliterated
Q-Code and P/N:



Vin to Vout Ratio

| Vin(V) | Iin (A) | Vout (V) | Iout (A) | Eff (%) | K Factor | Power Diss (W) |
|--------|---------|----------|----------|---------|----------|----------------|
| 39.99  | 10.11   | 9.85     | 40.09    | 97.71   | 4.06     | 9.26           |
| 44.99  | 10.10   | 11.10    | 40.09    | 97.90   | 4.05     | 9.55           |
| 49.99  | 10.11   | 12.36    | 40.09    | 98.06   | 4.04     | 9.78           |
| 54.99  | 10.11   | 13.61    | 40.08    | 98.14   | 4.04     | 10.37          |
| 59.99  | 10.12   | 14.84    | 40.08    | 98.00   | 4.04     | 12.12          |

Primary FET Vds Vgs at Vin = 40V, Load = 40A







# NEXT-GEN POWER MODULES

## 4:1 1500W IBC

- Delivers 98.5% peak efficiency for energy-optimized power conversion.
- Compact 23 x 17 x 7.7mm design maximizes space efficiency.
- Bottom-side reflow compatibility.

## 2-Phase Power Block with TLVR

- Achieves 90% peak efficiency for optimized power delivery.
- Ultra-compact 10 x 9 x 4.7mm design enhances density.
- Bottom-side reflow compati...
- Ultrafast 300kHz bandwidth ... tra...t response for dynamic

# NEXT-GEN POWER MODULES



**4:1 1500W IBC**
- Delivers 98.5% peak efficiency for energy-optimized power conversion.
- Compact 23 x 17 x 7.7mm design maximizes space efficiency.
- Bottom-side reflow compatibility.

**2-Phase Power Block with TLVR**
...chieves 90% peak efficiency ...optimized power delivery.

...ompact 10 x 9 x 4.7mm ...nhances density.





