# EXHIBIT 4

**Luxshare and MetaPWR Importation Materials**

*MetaPWR's MT6310 at the Luxshare booth at the Open Compute Project Global Summit in San Jose, California, United States, October 2025. The first two photos show the booth. The third photo shows Luxshare stating that this is an LX6310 demo. The fourth photo shows the demo board, with the fifth photo showing a zoomed in excerpt of the MT6310 on the demo board in place of the LX6310.*

Source: Photographs taken by Vicor team member. Red annotations added for emphasis.





1





2

