# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VICOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LUXSHARE PRECISION INDUSTRY CO., LTD., DONGGUAN LUXSHARE TECHNOLOGY CO., LTD. a/k/a LUXSHARE-TECH, SHANGHAI PEIYUAN ELECTRONICS CO., LTD. d/b/a METAPWR ELECTRONICS CO., LTD. and SHANGHAI METAPWR ELECTRONICS CO., LTD<br><br>Defendants. | Civil Action No. 2:26-cv-18<br><br><br><br>**JURY TRIAL DEMANDED** |

## JURY DEMAND

Plaintiff Vicor Corporation demands trial by jury on all claims and issues so triable.

Dated: January 9, 2026

Respectfully submitted,

*/s/ Oleg Elkhunovich*
Oleg Elkhunovich
California Bar No. 269238
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: VICORII-ITC@susmangodfrey.com

Steven Seigel
Washington Bar No. 53960
Jenna Farleigh
Washington Bar. No. 47392
Andres Healy

1

Washington Bar. No. 45578
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: VICORII-ITC@susmangodfrey.com

Dinis Cheian
Member of the New York Bar
SUSMAN GODFREY LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: VICORII-ITC@susmangodfrey.com

Isabella Soparkar
Texas Bar No. 24150831
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: VICORII-ITC@susmangodfrey.com

Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com


S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

*Counsel for Vicor Corporation*