# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VICOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LUXSHARE PRECISION INDUSTRY CO., LTD., DONGGUAN LUXSHARE TECHNOLOGY CO., LTD. a/k/a LUXSHARE-TECH, SHANGHAI PEIYUAN ELECTRONICS CO., LTD. d/b/a METAPWR ELECTRONICS CO., LTD. and SHANGHAI METAPWR ELECTRONICS CO., LTD<br><br>Defendants. | Civil Action No. 2:26-cv-18<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Vicor Corporation, for the purpose of receiving notices and orders from the Court.

Dated: January 9, 2026

Respectfully submitted,

*/s/ S. Calvin Capshaw*
Oleg Elkhunovich
California Bar No. 269238
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: VICORII-ITC@susmangodfrey.com

Steven Seigel

1

Washington Bar No. 53960
Jenna Farleigh
Washington Bar. No. 47392
Andres Healy
Washington Bar. No. 45578
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: VICORII-ITC@susmangodfrey.com

Dinis Cheian
Member of the New York Bar
SUSMAN GODFREY LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: VICORII-ITC@susmangodfrey.com

Isabella Soparkar
Texas Bar No. 24150831
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: VICORII-ITC@susmangodfrey.com

Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com


S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647

Telephone: 903-845-5770

*Counsel for Vicor Corporation*