# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VICOR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LUXSHARE PRECISION INDUSTRY CO., LTD., DONGGUAN LUXSHARE TECHNOLOGY CO., LTD. a/k/a LUXSHARE-TECH, SHANGHAI PEIYUAN ELECTRONICS CO., LTD. d/b/a METAPWR ELECTRONICS CO., LTD. and SHANGHAI METAPWR ELECTRONICS CO., LTD. <br><br> Defendants. | Civil Action No. 2:26-cv-00018-RWS-RSP <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Pursuant to the ongoing duty to notify the Court and opposing counsel of pending related actions, see Local Rule CV-42(a), counsel for Vicor Corporation provides notice of the following related actions, which allege infringement of the same patent asserted in this action (U.S. Patent No. 12,395,087). These actions were not included on the original civil cover sheet for this case because they were filed concurrently with, or subsequently to, this action.

- *Vicor Corporation v. Delta Electronics, Inc. et al*, No. 2:26-cv-00017-RWS-RSP (E.D. Tex.)

- *Vicor Corporation v. Monolithic Power Systems, Inc. et al*, No. 7:26-cv-00005-DC-DTG (W.D. Tex.)

- *Certain Power Converters, Circuit Board Assemblies, and Computing Systems Containing the Same*, Inv. No. 337-3874, USITC

Dated: January 14, 2026					Respectfully submitted,

/s/ Oleg Elkhunovich by permission Elizabeth L. DeRieux
Oleg Elkhunovich
California Bar No. 269238
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: VICORII-ITC@susmangodfrey.com

Steven Seigel
Washington Bar No. 53960
Jenna Farleigh
Washington Bar. No. 47392
Andres Healy
Washington Bar. No. 45578
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: VICORII-ITC@susmangodfrey.com

Dinis Cheian
New York Bar Registration No. 5958152
SUSMAN GODFREY LLP
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: VICORII-ITC@susmangodfrey.com

Isabella Soparkar
Texas Bar No. 24150831
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: VICORII-ITC@susmangodfrey.com

Louis S. Mastriani*
DC Bar No. 386820
Lloyd Smith*
DC Bar No. 454606
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street N.W., Suite 300
Washington, D.C. 20006-3807
Telephone: (202) 407-7900

Facsimile: (202) 452-7989
VICORII-ITC@bipc.com

Deron R. Dacus
Texas State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

S. Calvin Capshaw
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770

*Counsel for Vicor Corporation*
*\*pro hac vice pending*