| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Oleg Elkhunovich SBN 269238<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>ATTORNEY FOR  Plaintiff | (903) 235-2833 | |
| EASTERN DISTRICT, MARSHALL<br>100 East Houston Street<br>Marshall, TX 75670 | | |
| SHORT TITLE OF CASE:<br>Vicor Corporation v. Luxshare Precision Industry Co., Ltd. | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>2:26-cv-18 |
| Declaration of Service | | Ref. No. or File No:<br>Vicor II |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Summons; Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet**

On: **LUXSHARE PRECISION INDUSTRY CO., LTD. By Serving Christo Cheng, Agent for Service**

I served the summons at:

**820 N McCarthy Blvd ste 230  Milpitas, CA 95035**

On: **1/16/2026**        Date: **03:53 PM**

In the above mentioned action  by substituted service and leaving with

**Clark Wei - Field Applications Engineer**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Orion Pax Cartelli**
  b. Address: **871 Coleman Ave., Suite #102, San Jose, CA 95110**
  c. Telephone number: **9096649577**
  d. **The fee** for this service was: **212.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Orion Pax Cartelli        Date: 01/21/2026

Declaration of Service        Invoice #: 13790481-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Oleg Elkhunovich SBN 269238<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>ATTORNEY FOR   Plaintiff | (903) 235-2833 | |
| EASTERN DISTRICT, MARSHALL<br>100 East Houston Street<br>Marshall, TX 75670 | | |
| SHORT TITLE OF CASE:<br>Vicor Corporation v. Luxshare Precision Industry Co., Ltd. | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>2:26-cv-18 |
| Declaration of Service by Mail | | Ref. No. or File No:<br>Vicor II |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **01/20/2026**, I served the within:
**Summons; Summons; Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**LUXSHARE PRECISION INDUSTRY CO., LTD.**
**820 N McCarthy Blvd ste 230  Milpitas, CA 95035**

Declarant:

  a. Name: **Patricia Gonzalez**
  b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **9096649577**
  d. **The fee** for this service was: **212.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Patricia Gonzalez                                      Date: 01/21/2026