# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| VICOR CORPORATION, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:26-cv-18 |
| LUXSHARE PRECISION INDUSTRY CO., LTD., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Luxshare Precision Industry Co., Ltd. and Dongguan Luxshare Technology Co., Ltd. a/k/a Luxshare-Tech.

Date: 02/04/2026

/s/ Theodore J. Angelis
*Attorney's signature*

Theodore J. Angelis - 30300
*Printed name and bar number*

925 4th Avenue, Suite 2900
Seattle, WA 98104
*Address*

Theo.Angelis@klgates.com
*E-mail address*

(206) 370-8101
*Telephone number*

(206) 623-7022
*FAX number*