UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

## **ORDER**

The following cases were referred to the Honorable Roy Payne for all pretrial matters. It

is **ORDERED** that the referral of these cases be vacated as of the date of this order.

1.   2:19-cv-00225   *Ramot at Tel Aviv University Ltd. v. Cisco Systems, Inc.*

2.   2:21-cv-00453   *Westport Fuel Systems Canada Inc. v. Ford Motor Company*

3.   2:22-cv-00142   *GenghisComm Holdings, LLC v. Department 13, Inc.*

4.   2:22-cv-00166   *Zilkr Cloud Technologies, LLC v. Cisco Systems, Inc.*

5.   2:23-cv-00054   *Wipqtus, Inc. v. Samsung Electronics Co., Ltd et al*

6.   2:23-cv-00206   *Lionra Technologies Ltd. v. Fortinet, Inc.*

7.   2:23-cv-00207   *Lionra Technologies Ltd. v. Cisco Systems, Inc.*

8.   2:23-cv-00476   *Aspen Networks, Inc. v. AT&T Inc., et al*

9.   2:23-cv-00557   *Aspen Networks, Inc. v. Cellco Partnership d/b/a Verizon Wireless*

10.   2:23-cv-00558   *Aspen Networks, Inc. v. T-Mobile US, Inc. et al*

11.   2:23-cv-00477   *Phenix Longhorn, LLC v. AU Optronics Corporation et al*

12.   2:24-cv-00001   *Viral DRM, LLC v. Triple-X Motorsports & Outdoors, LLC*

13.   2:24-cv-00009   *Procomm International Pte. Ltd. v. Verizon Communications, Inc.*

14.   2:24-cv-00035   *Facet Technology Corp. v. General Motors LLC*

15.   2:24-cv-00058   *Facet Technology Corp. v. Mobileye Global, Inc.*

16.   2:24-cv-00097   *Lionra Technologies Ltd. v. Cisco Systems, Inc.*

17.   2:24-cv-00224   *EireOg Innovations Ltd. v. Cisco Systems Inc.*

18.   2:24-cv-00225   *EireOg Innovations Ltd. v. Fortinet, Inc.*

19.   2:24-cv-00226   *EireOg Innovations Ltd. v. International Business Machines Corp*

20.   2:24-cv-00242   *GenghisComm Holdings, LLC v.Samsung Electronics America*

21.   2:24-cv-00269   *Facet Technology Corp. v. Here Global B.V.*

22.   2:24-cv-00433   *ParTec AG et al v. Microsoft Corporation*

23.   2:24-cv-00457   *Secure Matrix LLC v. Binance Holdings, Ltd.*

| | | |
|---|---|---|
| 24. | 2:24-cv-00460 | *Secure Matrix LLC v. Rakuten, Inc.* |
| 25. | 2:24-cv-00538 | *Markus Edmond, Individually et al v. KMLB Energy Services et al* |
| 26. | 2:24-cv-00641 | *Mobile Equity Corp. v. Exxon Mobil Corporation* |
| 27. | 2:24-cv-00646 | *Light Guide Innovations LLC v. TCT Mobile International Limited* |
| 28. | 2:24-cv-00664 | *InnoMemory, LLC v. Advantech Co., Ltd.* |
| 29. | 2:24-cv-00674 | *InnoMemory, LLC v. EverFocus Co., Ltd.* |
| 30. | 2:24-cv-00678 | *InnoMemory, LLC v. Acrosser Technology Co. Ltd.* |
| 31. | 2:24-cv-00679 | *InnoMemory, LLC v. Nexcom International Co., Ltd.* |
| 32. | 2:24-cv-00855 | *Oprivacy USA LLC v. Cisco Systems, Inc.* |
| 33. | 2:24-cv-00910 | *Transparence v. Samsung Electronics Co., Ltd.* |
| 34. | 2:24-cv-00911 | *Entropic Communications, LLC v. Ubee Interactive Holding Corp* |
| 35. | 2:24-cv-00920 | *Wave Sense, LLC v. Samsung Electronics Ltd. et al* |
| 36. | 2:24-cv-01074 | *Quicker Connections LLC v. Cisco Systems, Inc.* |
| 37. | 2:24-cv-01077 | *Phenix Longhorn, LLC v. Samsung Electronics Co. Ltd et al* |
| 38. | 2:24-cv-01080 | *Secure Matrix LLC v. Brookshire Grocery Company* |
| 39. | 2:24-cv-01082 | *Secure Matrix LLC v. Celebrating Home Direct LLC* |
| 40. | 2:25-cv-00004 | *Secure Matrix LLC v. Penney OpCo LLC* |
| 41. | 2:25-cv-00012 | *Secure Matrix LLC v. TGI Fridays Franchisor, LLC* |
| 42. | 2:25-cv-00051 | *Light Guide Innovations LLC v. Hinsense Company Ltd et al* |
| 43. | 2:25-cv-00111 | *InnoMemory, LLC v. BOXX Technologies LLC* |
| 44. | 2:25-cv-00181 | *Orckit Corporation v. Cisco Systems, Inc.* |
| 45. | 2:25-cv-00237 | *Monitor Systems LLC v. Vitronic Machine Vision GmbH* |
| 46. | 2:25-cv-00238 | *Monitor Systems LLC v. Xiamen Milesigh Technologies Co., Ltd* |
| 47. | 2:25-cv-00312 | *Light Guide Innovations LLC v. Walmart Inc.* |
| 48. | 2:25-cv-00334 | *PayGeo, LLC v. Samsung Electronics Co., Ltd. et al* |
| 49. | 2:25-cv-00378 | *SnapAid, Ltd. v. Samsung Electronics Co., Ltd. et al* |
| 50. | 2:25-cv-00379 | *Entropic Communications, LLC v. Sagemcom Broadband SAS* |
| 51. | 2:25-cv-00422 | *Banks Morrison Innovations, LLC v. General Motors LLC et al* |
| 52. | 2:25-cv-00424 | *Jensen et al v. Hunt Transportation, Inc. et al* |

| 53. | 2:25-cv-00457 | *Ortiz & Associates Consulting, LLC v. McDonald's USA, LLC* |
| 54. | 2:25-cv-00507 | *Spurgeon v. American National Property & Casualty Company* |
| 55. | 2:25-cv-00591 | *Diorite Technology, LLC v. Cisco Systems, Inc.* |
| 56. | 2:25-cv-00593 | *Damaka, Inc. v. Cisco Systems* |
| 57. | 2:25-cv-00706 | *Value8 Co., Ltd. v. Ford Motor Company* |
| 58. | 2:25-cv-00741 | *Williams v. Metropolitan Life Insurance Company* |
| 59. | 2:25-cv-00874 | *Ultravision Technologies, LLC v. Ledvance GMBH* |
| 60. | 2:25-cv-00900 | *Ecovacs Robotics Co. v. Bejing Roborock Technology Co.* |
| 61. | 2:25-cv-00911 | *Zehnder Consulting v. Globus Medical, Inc.* |
| 62. | 2:25-cv-00927 | *Zehnder Consulting v. Highridge Medical, LLC* |
| 63. | 2:25-cv-00937 | *Mesa Digital, LLC v. Schok LLC* |
| 64. | 2:25-cv-00943 | *ToutVirtual, Inc. v. Microsoft Corporation* |
| 65. | 2:25-cv-00956 | *Monument Peak Ventures, LLC v. Arashi Vision Inc.* |
| 66. | 2:25-cv-01024 | *Intellectros LLC v. Fortinet, Inc.* |
| 67. | 2:25-cv-01037 | *Celonis SE et al v. SAP SE et al* |
| 68. | 2:25-cv-01059 | *Hill v. Amedisys Holding, LLC* |
| 69. | 2:25-cv-01066 | *SZ DJI Technology Co., Ltd. v. Irdeto B.V. et al* |
| 70. | 2:25-cv-01070 | *GenghisComm Holdings, LLC v. MediaTek North America Inc.* |
| 71. | 2:25-cv-01092 | *Eade et al v. Everest Transportation, Inc. et al* |
| 72. | 2:25-cv-01117 | *Value8 Co., Ltd. v. Ford Motor Company* |
| 73. | 2:25-cv-01119 | *Clark v. Everhart Transportation, Inc. et al* |
| 74. | 2:25-cv-01133 | *Bunker Hill Technologies, LLC v. Toyota Motor Corporation et al* |
| 75. | 2:25-cv-01213 | *VDPP, LLC v. Popeyes Louisiana Kitchen, Inc.* |
| 76. | 2:25-cv-01214 | *Unaliwear, Inc. v. Samsung Electronics Co., Ltd. et al* |
| 77. | 2:25-cv-01219 | *Phenix Longhorn, LLC v. AU Optronics Corporation et al* |
| 78. | 2:25-cv-01227 | *Interactive Content Engines, LLC v. Grupo Globo* |
| 79. | 2:25-cv-01239 | *Epic Lane Networks v. Verizon Business Network Services LLC* |
| 80. | 2:26-cv-00015 | *Fairlight Innovations LLC v. TCT Mobile International Ltd., et al* |
| 81. | 2:26-cv-00017 | *Vicor Corporation v. Delta Electronics, Inc. et al* |

| 82. | 2:26-cv-00018 | *Vicor Corporation v. Luxshare Precision Industry Co., Ltd. et al* |
| 83. | 2:26-cv-00023 | *Wolverine Barcode IP, LLC v. Popeyes Louisiana Kitchen, Inc,* |
| 84. | 2:26-cv-00034 | *Matrixed Reality Technology Co. v. Eden Future HK Limited et al* |
| 85. | 2:26-cv-00035 | *IPG Photonics Corporation v. Trumpf SE + Co. KG et al* |
| 86. | 2:26-cv-00036 | *Interactive Content Engines, LLC v. Eros International Media Ltd.* |
| 87. | 2:26-cv-00066 | *Content Aware, LLC v. EyeBuyDirect, Inc.* |
| 88. | 2:26-cv-00067 | *Content Aware, LLC v. Meesho Technologies Private Limited* |
| 89. | 2:26-cv-00068 | *Content Aware, LLC v. Reliance Retail Limited* |
| 90. | 2:26-cv-00072 | *Flash Uplink LLC v. Lenovo Group Limited et al* |
| 91. | 2:26-cv-00074 | *Radiant Patents LLC v. Nokia Corporation et al* |
| 92. | 2:26-cv-00079 | *AutoNavigare LLC v. Ford Motor Company* |
| 93. | 2:26-cv-00081 | *PopSockets LLC v. Mous Products LTD* |
| 94. | 2:26-cv-00083 | *United States CP, LLC v. Samsung Electronics Co, Ltd. et al* |
| 95. | 2:26-cv-00085 | *Flash Uplink LLC v. QNAP Systems, Inc.* |
| 96. | 2:26-cv-00090 | *BK Technologies, Inc. v. AT&T Mobility, LLC et al* |
| 97. | 2:26-cv-00103 | *IGNIS Innovations Display Panels v. BOE Technology Group Co.* |
| 98. | 2:26-cv-00134 | *Calibrate Networks LLC v. McDonalds Corporation* |
| 99. | 2:26-cv-00135 | *Calibrate Networks LLC v. Pepsico, Inc.* |
| 100. | 2:26-cv-00160 | *Activemap LLC v. Lowe's Companies, Inc.* |
| 101. | 2:26-cv-00161 | *Activemap LLC v. Lucky OpCo LLC* |
| 102. | 2:26-cv-00162 | *Activemap LLC v. National Vision, Inc.* |
| 103. | 2:26-cv-00163 | *Activemap LLC v. Nordstrom, Inc.* |
| 104. | 2:26-cv-00165 | *Activemap LLC v. Luxottica of America Inc.* |
| 105. | 2:26-cv-00166 | *Activemap LLC v. The Childrens Place, Inc.* |
| 106. | 2:26-cv-00168 | *Activemap LLC v. Chanel, Inc.* |
| 107. | 2:26-cv-00169 | *Activemap LLC v. Compass, Inc.* |
| 108. | 2:26-cv-00170 | *Activemap LLC v. The Gap Inc.* |
| 109. | 2:26-cv-00171 | *Activemap LLC v. Petco Health and Wellness Company, Inc.* |
| 110. | 2:26-cv-00174 | *Sectra Communications AB v. Cisco Systems, Inc.* |

111.  2:26-cv-00175   *Sectra Communications AB v. Fortinet, Inc.*

112.  2:26-cv-00233   *PopSockets LLC v. Lamicall International Limited*

113.  2:26-cv-00236   *Genesis Growth Tech LLC v. Varjo Technologies Oy*

114.  2:26-cv-00260   *Nearby Systems LLC v. Exxon Mobile Corporation*

115.  2:26-cv-00269   *Glimmeration LLC v. Glint Pay Services Ltd.*

116.  2:26-cv-00270   *Glimmeration LLC v. Kinesis Cayman*

117.  2:26-cv-00279   *CheckWizard LLC v. Hancock Whitney Corp.*

118.  2:26-cv-00299   *Johnson v. Aaon Coil Products, Inc.*

**So ORDERED and SIGNED this 29th day of April, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE